Patrick T. Markham – State Bar No. 114542
Katie R. Hampton – State Bar No. 296597
**JACOBSON MARKHAM, L.L.P.**
8950 Cal Center Drive, Suite 210
Sacramento, CA 95826
Tel: (916) 854-5969
Fax: (916) 854-5965
ptmarkham@jacobsonmarkham.com

Attorneys for Plaintiff and counterdefendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# (SACRAMENTO DIVISION)

| | |
|---|---|
| REX MOORE ELECTRICAL CONTRACTORS & ENGINEERS, a California General Partnership,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HBE CORPORATION, dba HOSPITAL BUILDING AND EQUIPMENT COMPANY, a Delaware corporation, THE TRAVELERS COMPANIES, INC., dba TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, CNA FINANCIAL CORPORATION, dba CONTINENTAL CASUALTY COMPANY, an Illinois corporation, and DOES 1 through 30, inclusive,<br><br>　　　　Defendants.<br><br>HBE CORPORATION, dba HOSPITAL BUILDING AND EQUIPMENT COMPANY, a Delaware corporation,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>REX MOORE ELECTRICAL | Case No: 2:15-cv-01905-JAM-AC<br><br>**STIPULATION FOR LEAVE TO AMEND THE COMPLAINT** |

CONTRACTORS & ENGINEERS, a California General Partnership; REX MOORE ELECTRICAL CONTRACTORS & ENGINEERS, INC., a California corporation; REX MOORE GROUP, INC., a California corporation; STEVEN REX MOORE, an individual; DAVID REX MOORE, an individual; WILLIAM CLIFFORD HUBBARD, an individual; and ROES 1-20,

Counterdefendants.

IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record that Plaintiff Rex Moore Electrical Contractors may file an amended complaint, a copy of which is attached hereto as **Exhibit A**.

IT IS FURTHER STIPULATED that the defendants waive notice and service of the amended complaint and shall file an answer to the amended complaint within the time provided in the Federal Rules of Civil Procedure. Defendants answer to the amended complaint will include the same counter claim filed by counterclaimants on September 16, 2015. Furthermore, counterdefendants' denials, responses and affirmative defenses contained in their answer to the original counterclaim filed on September 16, 2015 shall be deemed to be responsive to the counterclaim filed with the answer to the amended complaint.

A signed copy of this stipulation shall have the same force and effect as the original document.    IT IS SO STIPULATED.

Dated: October 2, 2015                        ROGERS NEMETH GERMAIN PC

/S/ Christopher M. Rogers
By: CHRISTOPHER M. ROGERS
Attorneys for defendants and counterclaimants

/ / /

/ / /

/ / /

**SIGNATURE ATTESTATION**

-2-

**STIPULATION FOR LEAVE TO AMEND THE COMPLAINT**

1  Pursuant to Civil Local Rule, I hereby certify that authorization for the filing of this
2  document has been obtained from each of the other signatories shown above and that all signatories
3  concur in the filing's content

5  Dated: October 2, 2015                    JACOBSON MARKHAM, L.L.P.

/S/ Patrick T. Markham
By:  PATRICK T. MARKHAM
Attorneys for plaintiff and counterdefendants

**ORDER**

IT IS HEREBY ORDERED, the court accepts the parties' stipulation. Plaintiff shall have leave to file an amended complaint; defendants waive notice and service of the amended complaint and shall file their answer to the amended complaint within the time permitted by the Federal Rules of Civil Procedure; and counterdefendants' denials, responses and affirmative defenses contained in the answer to the original counterclaim filed on September 16, 2015 shall be responsive to the counterclaim filed with the answer to the amended complaint.

.

October 6, 2015    /s/ John A. Mendez
JOHN A. MENDEZ
Judge of the United States District Court